Order entered January 7, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01739-CV

**CATENARY GROUP, LLC, ET AL., Appellants**

**V.**

**MIRABAL CUSTOM HOMES, INC., ET AL., Appellees**

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-12-06312-D

## ORDER

We **GRANT** appellants' motion to consolidate. We **ORDER** the appeal docketed as appellate cause number 05-13-01739-CV **CONSOLIDATED** into the appeal docketed as appellate cause number 05-13-01306-CV.

We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-13-01739-CV to appellate cause number 05-13-01306-CV. Henceforth, all documents shall bear appellate cause number 05-13-01306-CV.

/s/    ELIZABETH LANG-MIERS
       JUSTICE